# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 17, 2021

## NO. 03-20-00087-CR

**The State of Texas, Appellant**

**v.**

**Johnny Joe Serna, Appellee**

### APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the pre-trial suppression order entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's pre-trial suppression order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.